NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1360
(Serial No. 76/679,535)

IN RE MI PUEBLO SAN JOSE, INC.

Shirley L. Church, of San Diego, California, argued for appellant.

Thomas V. Shaw, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Christina J. Hieber, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
                        Trademark Trial and Appeal Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1360
(Serial No. 76/679,535)

IN RE MI PUEBLO SAN JOSE, INC.

# Judgment

ON APPEAL from the     United States Patent and Trademark Office, Trademark Trial
and Appeal Board

in CASE NO(S).       76/679,535

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, PROST and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED___February 17, 2010___     ___/s/ Jan Horbaly_____

Jan Horbaly, Clerk